# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2253

_____

| | | |
|---|---|---|
| Chris McClelland, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| John Joseph Squieri, | * | [UNPUBLISHED] |
| | * | |
| Appellant, | * | |
| | * | |
| Timothy Alan Hills, | * | |
| | * | |
| Respondent. | * | |

_____

Submitted:  November 5, 1998

Filed:  November 10, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

John Joseph Squeri, Jr.[1] appeals the district court's[2] dismissal as untimely of his motion to vacate an arbitration award entered against him by the National Association of Securities Dealers Office of Dispute Resolution (NASD), and the district court's order confirming the award. After review of the record and the parties' briefs, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]Although the case caption lists appellant's name as Squieri," the pleadings indicate that appellant's name is spelled "Squeri."

[2]The Honorable D. Brook Bartlett, Chief Judge, United States District Court for the Western District of Missouri.